IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:22-CR-00139-M
Civil No. 7:24-CV-00768-M

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

ANTHONY LADRELL HILLIARD,

    Defendant/Petitioner.

ORDER

This matter comes before the court on the Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 ("Petition") [DE 77] and Respondent's motion to dismiss the Petition [DE 86]. In accordance with Rule 8 of the Rules Governing § 2255 Proceedings, the court will hear evidence on the issue raised in the Petition of ineffective assistance of counsel on Monday, **June 30, 2025, at 2:00 p.m.** in Wilmington. The Office of the Federal Public Defender shall appoint counsel to represent Petitioner for this limited purpose.

SO ORDERED this 12th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE